UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MONTAMER CORPORATION,

        Plaintiff,

- against -

HARTFORD INSURANCE COMPANY OF
THE MIDWEST,

        Defendant.

------------------------------------------------------------ x

**07 CIV 6531**

Case No. _____ Civ. _____

ECF

**DEFENDANT'S
RULE 7.1 STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hartford Insurance Company of the Midwest (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Hartford Accident and Indemnity Company, Hartford Fire Insurance Company, and The Hartford Financial Services Group, Inc.

NEWY1-634071-1

Dated: New York, New York
July 20, 2007

ROBINSON & COLE LLP

By _____
Gerald P. Dwyer, Jr. (GD-0329)
Richard J. Guida (RG-5147)
ROBINSON & COLE LLP
885 Third Avenue, 28th Floor
New York, NY 10022
Tel. No.: (212) 451-2900
Fax No.: (212) 451-2999

*Attorneys for Defendant
Hartford Insurance Company of the
Midwest*

To: Joseph P. Rones, Esq.
Finkelstein & Partners
Attorneys for Plaintiff
436 Robinson Avenue
Newburgh, New York 12550