UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MONTAMER CORPORATION,                              :

                Plaintiff,            :      Case No. 07 Civ 6531 (SCR) (LMS)

              -against-             :      ECF

HARTFORD INSURANCE COMPANY OF              :      **AFFIDAVIT OF SERVICE**
THE MIDWEST,
                                     :
               Defendant.
------------------------------------------------------------- x

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK )

    Christine Munoz, being duly sworn, deposes and says that she is not a party to the action, is over 18 years of age and resides in Yonkers, New York.

    On July 20, 2007, I served the annexed Defendant's **CIVIL COVER SHEET, NOTICE OF REMOVAL, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON and JUDGE LISA MARGARET SMITH, INSTRUCTIONS FOR FILING ECF, PROCEDURES FOR FILING ECF and GUIDELINES FOR FILING ECF,** by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to:

                Joseph P. Rones, Esq.
                Finkelstein & Partners
                Attorneys for Plaintiff
                436 Robinson Avenue
                Newburgh, New York 12550
                Tel. No.: (800) 634-1212, ext. 2512

NEWY1-634206-1

_____
Christine Munoz

Sworn to before me this
20th day of July, 2007.

_____
Notary Public

EDNA S. BERNACET
Notary Public, State of New York
No. 01BE4836841
Qualified in Queens County
Commission Expires November 30, 2009