UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

MONTAMER CORPORATION,

                Plaintiff,

  - against -

HARTFORD INSURANCE COMPANY OF
THE MIDWEST,

                Defendant.

------------------------------------------------------------- x

JUDGE ROBINSON

07 CIV 6531

Case No. ____ Civ. ____

ECF

**DEFENDANT'S RULE 7.1 STATEMENT**

RECEIVED JUL 20 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hartford Insurance Company of the Midwest (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Hartford Accident and Indemnity Company, Hartford Fire Insurance Company, and The Hartford Financial Services Group, Inc.

NEWY1-634071-1

Dated: New York, New York
July 20, 2007

                    ROBINSON & COLE LLP

                    By _____
                    Gerald P. Dwyer, Jr. (GD-0329)
                    Richard J. Guida (RG-5147)
                    ROBINSON & COLE LLP
                    885 Third Avenue, 28th Floor
                    New York, NY 10022
                    Tel. No.: (212) 451-2900
                    Fax No.: (212) 451-2999

                    *Attorneys for Defendant*
                    *Hartford Insurance Company of the*
                    *Midwest*

To:    Joseph P. Rones, Esq.
        Finkelstein & Partners
        Attorneys for Plaintiff
        436 Robinson Avenue
        Newburgh, New York 12550