UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
MONTAMER CORPORATION,                                         :   Case No. 07 Civ. 6531 (SCR) (LMS)
                                                              :
                           Plaintiff,                         :
                                                              :   ECF
        - against -                                           :
                                                              :   NOTICE OF APPEARANCE
HARTFORD INSURANCE COMPANY OF                                 :
THE MIDWEST,                                                  :
                                                              :
                           Defendant.                         :
                                                              :
------------------------------------------------------------- x

To the Clerk of this Court and all parties of record:

   Please enter my appearance on behalf of Defendant, Hartford Insurance Company of the Midwest. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 26, 2007

                                        ROBINSON & COLE LLP


                                        By_____
                                          Gerald P. Dwyer, Jr. (GD-0329)
                                          Richard J. Guida (RG-5147)
                                          ROBINSON & COLE LLP
                                          885 Third Avenue, 28th Floor
                                          New York, NY 10022
                                          Tel. No.: (212) 451-2900
                                          Fax No.: (212) 451-2999

                                        *Attorneys for Defendant
                                        Hartford Insurance Company of the
                                        Midwest*

NEWY1-634233-1

## CERTIFICATE OF SERVICE

I, Gerald P. Dwyer, Jr., hereby certify that on this 27th [26th crossed out] day of July, 2007, I served a true copy of the foregoing NOTICE OF APPEARANCE via regular mail, postage pre-paid, upon the following:

Joseph P. Rones, Esq.
Finkelstein & Partners
Attorneys for Plaintiff
436 Robinson Avenue
Newburgh, New York 12550

*Attorneys for Plaintiff*

_____
Gerald P. Dwyer, Jr. (GD-0329)