UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MONTAMER CORPORATION,

                        Plaintiffs,

             -vs-                                 NOTICE OF APPEARANCE

HARTFORD INSURANCE COMPANY OF      07 CIV 6531-KMK
THE MIDWEST,

                        Defendants.
-----------------------------------------------------------------X

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiff MONTAMER CORPORATION.

I certify that I am admitted to practice in this court.

September 27, 2007

                                             _____
                                             ELEANOR L. POLIMENI, ESQ. (EP-8687)
                                             of FINKELSTEIN & PARTNERS, LLP.
                                             436 Robinson Avenue
                                             Newburgh, N.Y. 12550
                                             Phone: (800) 634-1212
                                             Fax: 845-562-3492
                                             E-mail: epolimeni@lawampm.com