

# Finkelstein & PARTNERS
### Counselors At Law

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

| | | | |
|---|---|---|---|
| Howard S. Finkelstein, P.C. (NY) | Elyssa M. Fried-DeRosa (NY) | Steven P. Shultz (NY & MA) | *Of Counsel* |
| Andrew G. Finkelstein, P.C. (NY & NJ) | Mary Ellen Wright (NY) | Victoria Lieb Lightcap (NY & MA) | Jules P. Levine, P.C. (NY & FL) |
| George M. Levy (NY) | Kenneth B. Fromson (NY, NJ & PA) | Ann R. Johnson (NY & CT) | Michael O. Gittelsohn, P.C. (NY) |
| Kenneth L. Oliver, P.C. (NY) | Joel Bossom (NY) | Marshall P. Richer (NY) | Joel A. Reback (NY & Israel) |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | Nancy Y. Morgan (NY, NJ & PA) | Thomas J. Pronti (NY) | Kenneth Cohen (NJ) |
| Duncan W. Clark (NY) | Andrew L. Spitz (NY) | Kristine M. Cahill (NY & CT) | Cynthia M. Maurer (NY & NJ) |
| Ronald Rosenkranz (NY) | James W. Shuttleworth, III (NY) | Kara L. Campbell (NY & CT) | Raye D. Futerfas (NJ) |
| Robert J. Camera (NY & NJ) | Lawrence D. Lissauer (NY) | Christopher T. Milliman (NY) | Frances M. Bova (NY & NJ) |
| Joseph P. Rones (NY & FL) | David E. Gross (NY & NJ) | Silvia Fermanian (NY) | Kenneth G. Bartlett (CT & NJ) |
| Steven Lim (NY) | Terry D. Horner (NY) | Edward M. Steves (NY) | Ari Kresch (NY & MI) |
| George A. Kohl, 2nd (NY & MA) | Robert F. Moson (NY) | Marie M. DuSault (NY) | Gustavo W. Alzugaray (NY & NJ) |
| Eleanor L. Polimeni (NY) | Julio E. Urrutia (NY) | Glenn W. Kelleher (NY) | Sharon A. Scanlan (NY & CT) |
| Steven H. Cohen (NY) | | Melody A. Gregory (NY & CT) | Jeffrey A. Brown, MD, Esq. (NY & NJ) |
| Francis Navarra (NY) | Debra J. Reisenman (NY) | Gail Schlanger (NY) | Dennis G. Ellis (NY) |
| Andrew J. Genna, LLM (NY & PA) | Michael T. McGarry (NY) | Elizabeth A. Wolff (NY & MA) | John F. Dowd (NY & CT) |
| Thomas C. Yatto (NY) | | | Gail Koff, P.C. (NY) |

*Accredited CLE Provider*

REFER TO OUR FILE #:   88711

**MEMO ENDORSED**   ⬚ 2007

December 21, 2007

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: Montamer Corporation vs. Hartford Insurance Co.
    07-CV-6531

Honorable Sir:

This letter is written on behalf of the parties to request that a Rule 16 conference be scheduled in the above-referenced matter.

Thank you for your consideration.

Very truly yours,

FINKELSTEIN & PARTNERS, LLP

ELEANOR L. POLIMENI, ESQ.

cc: Robinson & Cole LLP

> The Court will hold a conference on
> 1/15 2008, at 11:00
>
> SO ORDERED
> KENNETH M. KARAS U.S.D.J.
> 12/27/07

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

X   436 ROBINSON AVENUE
    NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

*Please Send All Correspondence to the Address Indicated Above*