UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

Montaner Corp.

                    Plaintiff(s),                    0 7 Civ. 653 (KMK) (LMS)

    -against-                                        ORDER OF REFERENCE
                                                     TO A MAGISTRATE JUDGE
Hartford Insurance Co. of
    Midwest          Defendant(s).


_____X

The above entitled action is referred to the Honorable Lisa M. Smith, United States
Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling,          _____ Consent under 28 U.S.C.
   discovery, non-dispositive pretrial motions,          §636(c) for all purposes
   and settlement                                        (including trial)

_____ Specific Non-Dispositive Motion/Dispute:*   _____ Consent under 28 U.S.C.
                                                         §636(c) for limited purpose
   _____                              (e.g., dispositive motion,
                                                         preliminary injunction

   _____                        Purpose:_____

If referral is for discovery disputes when        _____ Habeas Corpus
the District Judge is unavailable, the time
period of the referral:_____              _____ Social Security

_____ Settlement*                                 _____ Dispositive Motion (i.e., motion
                                                         requiring a Report and
_____ Inquest After Default/Damages Hearing              Recommendation


                                                  Particular Motion:_____

                                                  _____

                                                  All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 1/15/08

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____