UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

January 17, 2008

## SCHEDULING ORDER
07CV6531(KMK)(LMS)

Joseph P. Rones
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550

Gerald Parker Dwyer, Jr
Robinson & Cole LLP - NYC
885 Third Avenue, Ste. 2800
New York, NY 10022

JAN 1  2008

The matter of **MONTAMER-V-HARTFORD** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge, on **February 5, 2008** at 10:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DATE FILED: _____]