UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
MONTAMER CORPORATION,
:
                             Plaintiff,     :    Case No. 07 Civ. 6531 (SCR) (LMS)
:    ECF
   - against -
:    **NOTICE OF APPEARANCE**
HARTFORD INSURANCE COMPANY OF
THE MIDWEST,                     :

                        Defendant.   :

------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

      Please enter my appearance on behalf of Defendant, Hartford Insurance Company of the Midwest. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       February 19, 2008

                                    **ROBINSON & COLE LLP**

                                    By_____
                                    Shawna Harrison Kohl (SK-1146)
                                    ROBINSON & COLE LLP
                                    885 Third Avenue, 28th Floor
                                    New York, NY 10022
                                    Tel. No.: (212) 451-2900
                                    Fax No.: (212) 451-2999


                                    *Attorneys for Defendant*
                                    *Hartford Insurance Company of the*
                                    *Midwest*

HART1-1452623-1

## CERTIFICATE OF SERVICE

I, Shawna Harrison Kohl, hereby certify that on this 19th day of February, 2008, I served a true copy of the foregoing NOTICE OF APPEARANCE via regular mail, postage pre-paid, upon the following:

Eleanor L. Polimeni, Esq.
Finkelstein & Partners
Attorneys for Plaintiff
436 Robinson Avenue
Newburgh, New York 12550

*Attorneys for Plaintiff*

                                             Shawna Harrison Kohl (SK-1146)