# ROBINSON & COLE LLP

SHAWNA HARRISON KOHL

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
skohl@rc.com
Direct (860) 275-8374

**MEMO ENDORSED**

*Handwritten endorsement (left margin):* Denied letter motion granted. /s/ Lisa Margaret Smith 3/13/08 LMS SO ORDERED

*Via Facsimile*

MAR 13 2008

March 12, 2008

Honorable Lisa M. Smith
United States Courthouse
300 Quarropas St., Room 428
White Plains, NY 10601

Re:   Montamer Corporation v. Hartford Insurance Company of the Midwest
      Case No. 07 Civ. 6351 (SCR) (LMS)

Dear Court:

As per my conversation with the clerk, I am sending a letter outlining our current situation and proposing the relief sought.

Defendant Hartford Insurance Company of the Midwest ("Hartford") hereby requests a twenty-one (21) day extension of time to serve objections and responses to Montamer Corporation's ("Plaintiff") document request, served on Hartford on February 15, 2008. The requested extension of twenty-one (21) days is up to and including April 4, 2008.

On March 11, 2008, the undersigned spoke with plaintiff's counsel as to whether Plaintiff would agree to the extension of time. On March 11, 2008, counsel for Plaintiff agreed to a reasonable extension of time. Hartford's lead counsel on this case is ill and thus additional time is needed up to and including April 4, 2008 to ensure an appropriate response to the request for production. This is the first extension of time that Hartford has sought in this case.



*Law Offices*

BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA

www.rc.com          HART1-1456735-1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED