

**Finkelstein & Partners** LLP
**THE INJURY ATTORNEYS**

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, II (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)

Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)

Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)

Edward M. Steves (NY)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)
*Of Counsel*
Steven G. Davis (NY & PA)
Michael Finkelstein (NY)

Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Kenneth Cohen (NJ)
Joel A. Reback (NY & Israel)
Linda Armatti-Epstein (NY)
John F. Dowd (NY & CT)
David Akerib (NY)
Frances M. Bova (NY & NJ)
Mark B. Hudoba (NY)
Kenneth G. Bartlett (CT & NJ)
Gustavo W. Alzugaray (NY & NJ)
Sharon A. Scanlan (NY & CT)
Robert E. Borrero (NY)
Marc S. Becker (NY)
Ernest S. Buonocore (NY)
Ari Kresch (NY & MI)
Jeffrey A. Brown, M.D. (NY & NJ)
Dennis G. Ellis (NY)
Gail Koff, P.C. (NY)
Joel Bossom (NY)
Eric L. Horn (NY, CT & MA)

**MEMO ENDORSED**

REFER TO OUR FILE #: 88711

April 23, 2008

Honorable Stephen C. Robinson
U.S. District Court, Southern District
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

**RECEIVED APR 24 2008 CHAMBERS OF STEPHEN C. ROBINSON**

**USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____**

    RE:   Montamer Corporation v. Hartford Insurance Co.
           07-CIV-6531 (SCR) (LMS)

Honorable Sir:

    In accordance with your individual rules, plaintiff submits this letter as an application for leave to move to amend its Complaint pursuant to Rule 15. In the alternative, perhaps a conference might be scheduled so as to obviate the need for a written motion.

    To refresh the Court's recollection, this is an action seeking to recover from defendant proceeds from an insurance policy issued to plaintiff by defendant which covered plaintiff's business. Plaintiff alleges that due to a fire the business sustained damage from both the fire and water used to fight it. Defendant counters that it is under no duty to pay and argues that plaintiff caused the damages itself.

    As of this writing, issue has been joined and discovery underway. Paper discovery is still being exchanged, with no depositions yet conducted. Thus, this application to amend is made early in the litigation.

    The proposed Amended Complaint merely amplifies existing claims and does not involve new parties or unrelated issues. More specifically, plaintiff adds a cause of action alleging that due to defendant's failure to honor its contractual obligations and act in good faith, plaintiff was forced to close its business and is now defunct. This allegation amplifies existing claims of property damage and lost profits asserted at a time when plaintiff expected the business to reopen.

    Since the law heavily favors leave to amend, especially in circumstances as here where litigation is in its embryonic stages and defendant not prejudiced in its ability to defend, plaintiff suggests that a simple Conference be scheduled so as to implement leave to amend and any additional discovery arising therefrom.

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy

X  436 ROBINSON AVENUE NEWBURGH, NY 12550    Phone: (845) 562-0203    Fax: (845) 562-3492    www.lawampm.com    101 WHITNEY AVENUE NEW HAVEN, CT 06510

*Please Send All Correspondence to the Address Indicated Above*



Hon. Stephen C. Robinson
April 23, 2008
Page 2.

Thank you for your consideration in this matter.

Very truly yours,

FINKELSTEIN & PARTNERS, LLP

*Eleanor Polimeni*
ELEANOR L. POLIMENI, ESQ.

cc: Robinson & Cole LLP

Plaintiff is to provide a draft of ~~the amended~~ the proposed amended complaint to Defendant by May 15, 2008. Defendant is to notify the court by May 29, 2008 if it objects to the filing of the amended complaint.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/30/08