# Finkelstein & Partners LLP
## THE INJURY ATTORNEYS

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, II (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)

Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)

Michael T. McGarry (NY)
Steven P. Shultz (NY & NJ)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)

Edward M. Steves (NY)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)
Of Counsel
Steven G. Davis (NY & PA)
Michael Feldman (NY & NJ)
Michael Finkelstein (NY)

Cynthia M. Maurer (NY & NJ)
Dave D. Futerfas (NJ)
Joel D. Rakower (NY & Israel)
Linda Arnold-Epstein (NY)
John E. Dowd (NY & CT)
David Krangle (NY)
Frances M. Bova (NY & NJ)
Mark S. Hudoba (NY)
Kenneth G. Bartlett (CT & NY)
Constantina Hatzis-Zuparay (NY & NJ)
Sharon A. Scanlan (NY & CT)
Robert E. Borrero (NY)
Marc S. Becker (NY)
Ernest S. Buonocore (NY)
Ari Kresch (NY & MI)
Jeffrey A. Brown, MD. (NY & NJ)
Dennis G. Ellis (NY)
Gail Koff, P.C. (NY)
Joel Bossom (NY)
Eric L. Horn (NY, CT & MA)

REFER TO OUR FILE #: 88711

June 18, 2008

Honorable Lisa Margaret Smith
U.S. District Court, Southern District
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Docket in case # 07 cv/CR 6531
As:
Date: 6/26/08    LMS/USMJ

RE: Montamer Corporation v. Hartford Insurance Co.
07-CIV-6531 (SCR) (LMS)

Dear Magistrate Judge Smith:

This letter is written to advise the Court of a unanticipated scheduling issue that has arisen in this matter. My firm is advised by our client Ratko Picuric, the principal of the plaintiff Montamer Corporation, that his mother-in-law is very ill, such that Mr. Picuric and his wife have scheduled a trip to Europe from July 2 through July 25 to be with her. As Mr. Picuric wishes to be present for the depositions which had been tentatively scheduled during the month of July, we respectfully request a 60 day extension of the discovery deadlines in this matter. We have advised the defense counsel of this development, and it is the understanding of the undersigned that they graciously agree to accommodate the plaintiff regarding the above. We hope to address this issue at the June 23, 2008 conference.

Thank you for your consideration in this matter.

Very truly yours,

FINKELSTEIN & PARTNERS, LLP

ELEANOR L. POLIMENI, ESQ.

cc: Robinson & Cole LLP

[Handwritten margin notes: "So Ordered. Motion granted. Motion letter deemed 6/26/08 LMS USMJ"]

Newburgh · Albany · Binghamton · Kingston · Middletown · Monroe · New Windsor · Newark · Port Jervis · Poughkeepsie · Spring Valley · Syracuse · Troy

436 ROBINSON AVENUE    Phone: (845) 562-0203    Fax: (845) 562-3492    www.lawampm.com    101 WHITNEY AVENUE
NEWBURGH, NY 12550                                                                              NEW HAVEN, CT 06510

Please Send All Correspondence to the Address Indicated Above

TOTAL P.02